# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3532
LT Case No. 2021-CA-0828

_____

MICHAEL W. BOLES and DARIA F.
BOLES,

    Appellants,

    v.

ST. MARKS POND INDUSTRIAL,
LLC f/k/a ST. MARKS POND
BORROW PIT, LLC, and DANIEL
HILL, GREGORY JONES, FLORIDA
NETWORK, LLC d/b/a BERKSHIRE
HATHAWAY HOMESERVICES
FLORIDA NETWORK REALTY, ET
AL

    Appellees.

_____


On appeal from the Circuit Court for St. Johns County.
Kenneth J. Jansek, II, Judge.

Richard Q. Lewis, III, of Richard Q. Lewis, III, Esq. P.A., St.
Augustine, for Appellants.

Russell Collins, of Rusty Law, LLC, Saint Augustine, for
Appellees, St. Marks Pond Industrial, LLC f/k/a St. Marks
Pond Borrow Pit, LLC, and Daniel Hill.

No Appearance for Other Appellees.

June 18, 2024

PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____